IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES MOSLEY | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | No. 23-562 |
| JENSEN BAGNATO, P.C., *et al.* | : | |

### **ORDER**

AND NOW, this 27th day of March, 2023, upon consideration of Plaintiff James Mosley's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), and Motions to Appoint Counsel (ECF Nos. 4 and 5), it is hereby ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED pursuant to 28 U.S.C. § 1915.

2. The Complaint is DEEMED filed.

3. The Complaint is DISMISSED WITH PREJUDICE for the reasons stated in the Court's accompanying Memorandum.

4. Mosley's Motions to Appoint Counsel are DENIED.

5. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
JUAN R. SÁNCHEZ, C.J.